UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 09-50(2)(MJD/DTS)

UNITED STATES OF AMERICA,

      Plaintiff,

v.

(2) SALAH OSMAN AHMED,

      Defendant.

**ORDER**

This matter came before the Court upon the motion of the United States for an extension of time in which to file its response to defendant Salah Osman Ahmed's Petition for Early Termination of Supervised Release.

IT IS HEREBY ORDERED that the motion of the United States for an extension of time [Docket No. 21] is GRANTED.  The United States shall file its responses on or before March 11, 2022.

Dated: February 12, 2022

      s/Michael J. Davis
      MICHAEL J. DAVIS
      UNITED STATES DISTRICT COURT